No. 93–9752. DULANEY v. WILDMAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–9753. HOWARD v. WOOD, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 93–9754. FREIBOTH v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 93–9755. HUNT v. GRINKER, COMMISSIONER, NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–9756. HEWLETT v. GREEN, CLERK, UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT, ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–9757. STAKNIS, AKA FIALK v. ESTATE OF MOORE. Ct. App. Wis. Certiorari denied.

No. 93–9759. LOVEJOY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–9760. PUIG-INFANTE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–9761. MEDLOCK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–9762. RUSSELL v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 93–9763. DAVIS v. HANRAHAN. C. A. 8th Cir. Certiorari denied.

No. 93–9764. BESINGA v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–9766. WIGERMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–9767. STEVENSON v. HALE MAHAOLU. Int. Ct. App. Haw. Certiorari denied.